THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| FIRST FED BANK, a Washington state commercial bank,<br><br>Plaintiffs,<br><br>v.<br><br>INDIANA WATER TECHNOLOGY LLC, an Indiana limited liability company, DAVID A. SCHROEDER, an individual, and SARAH SCHROEDER, an individual,<br><br>Defendants. | Case No.  No. 3:24-05730-JNW<br><br>**CORPORATE AND DIVERSITY DISCLOSURE STATEMENT** |

Plaintiff First Fed Bank provides the following corporate disclosure statement under Federal Rule of Civil Procedure 7.1 and Local Rule 7.1. First Fed Bank's corporate parent is First Northwest Bancorp, a publicly held corporation. First Fed Bank is incorporated in Washington and has its principal office in Port Angeles, Washington. First Fed Bank is therefore a citizen of Washington.

CORPORATE AND DIVERSITY DISCLOSURE STATEMENT - 1
Case No.  No. 3:24-05730-JNW

134777.0006/9868479.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

DATED: September 6, 2024

LANE POWELL PC

By: *s/ Devon McCurdy*
Gregory R. Fox, WSBA No. 30559
Andrew G. Yates, WSBA No. 34239
Devon J. McCurdy, WSBA No. 52663
Dailey Koga, WSBA No. 58683
1420 Fifth Avenue, Suite 4200
P.O. Box 91302
Seattle, Washington 98111-9402
Telephone: 206.223.7000
foxg@lanepowell.com
yatesa@lanepowell.com
mccurdyd@lanepowell.com
kogad@lanepowell.com

Attorneys for Plaintiff First Fed Bank

CORPORATE AND DIVERSITY DISCLOSURE STATEMENT - 2
Case No. No. 3:24-05730-JNW

134777.0006/9868479.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107