THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FIRST FED BANK, a Washington state commercial bank,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>INDIANA WATER TECHNOLOGY LLC, an Indiana limited liability company, DAVID A. SCHROEDER, an individual, and SARAH SCHROEDER, an individual,<br><br>　　　　Defendants. | No. 3:24-cv-05730-JNW<br><br>**NOTICE OF MOTION TO CONSOLIDATE CASES**<br><br>No. 3:24-cv-05729-JHC<br>No. 3:24-cv-05736-BHS<br>No. 3:24-cv-05371-DGE<br>No. 3:24-cv-05732-BHS<br>No. 3:24-cv-05730-JNW<br>No. 2:24-cv-01389-KKE |

**TO:**　　　**CLERK OF THE COURT;**

**AND TO:**　**ALL PARTIES OF RECORD.**

PLEASE TAKE NOTICE that BLC Water Company, LLC, Brian S. Chu, and Larina H. Chu ("Chu Parties") move in the matter captioned as *First Fed Bank v. BLC Water Company, LLC*, et al., Case No. 3:24-cv-05729-JHC, to consolidate the following declaratory judgment lawsuits now pending before the above-entitled U.S. District Court:

1. *First Fed Bank v. BLC Water Company LLC, et al*, USDC For Western District of Washington Court Case Number 3:24-cv-05729-JHC, filed **September 3, 2024** ("*First Fed* lawsuit");

NOTICE OF MOTION TO CONSOLIDATE CASES – 1

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

2. *First Fed Bank v. Chaurishi Retail Enterprises, LLC, et al.,* USDC for Western District of Washington Court Case Number 3:24-cv-05736-BHS, filed **September 3, 2024;**

3. *First Fed Bank v. COLEWSTECH, LLC, et al.,* USDC for Western District of Washington Court Case Number 3:24-cv-05732-BHS, filed **September 3, 2024;**

4. *First Fed Bank v. Kdawg Crypto LLC, et al.* for USDC for Western District of Washington Court Case Number 2:24-cv-01389-KKE, filed **September 3, 2024;**

5. *First Fed Bank v. Royal Reservoirs, et al.* for USDC for Western District of Washington Court Case Number 3:24-cv-05731-DGE, filed **September 3, 2024;**

These actions all arise out of loans made close in time, on similar terms, for the purpose of funding the same venture. The allegations in the declaratory complaints closely track each other. The arguments against declaratory relief that would be made by the several defendants would involve similar facts and overlapping issues of law. None of the cases is more advanced than any other. Leaving the six cases as separate actions would create a risk of inconsistent results and would needlessly occupy judicial time and resources. As such, the actions should be consolidated. Courtesy copies of the note for motion, motion to consolidate, supporting declaration, and proposed order will be provided via email.

NOTICE OF MOTION TO CONSOLIDATE CASES – 2

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

DATED this 10th day of September, 2024.

          CORR CRONIN LLP

          *s/John T. Bender*
          John T. Bender, WSBA No. 49658
          Jack M. Lovejoy, WSBA No. 36962
          Kristen Barnhart, WSBA No. 51135
          Jakob Goldfarb, WSBA No. 62165
          CORR CRONIN LLP
          1015 Second Avenue, Floor 10
          Seattle, WA 98104-1001
          Telephone: 206-625-8600
          Email: jbender@corrcronin.com,
          jlovejoy@corrcronin.com
          kbarnhart@corrcronin.com
          jgoldfarb@corrcronin.com

          *Counsel for Defendants*

NOTICE OF MOTION TO CONSOLIDATE CASES – 3

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 10, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to those attorneys of record registered on the CM/ECF system. All parties (if any) shall be served in accordance of the Federal Civil Rules of Procedure.

DATED September 10, 2024, at Seattle, Washington.

*s/ Paige Plassmeyer*
Paige Plassmeyer, Legal Assistant
pplassmeyer@corrcronin.com

NOTICE OF MOTION TO CONSOLIDATE CASES – 4

CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900