# EXHIBIT D

# DISBURSEMENT REQUEST AND AUTHORIZATION



LOAN NO: ▆▆▆▆1419

| | |
|---|---|
| **Date:** | December 14, 2021 |
| **Borrower:** | Indiana Water Technology LLC |
| | 6404 Myrtle Lane, |
| | Indianapolis, IN 46220 |
| | Attn: David A. Schroeder |
| **Lender:** | FIRST FED BANK |
| | P.O. Box 351 |
| | Port Angeles, WA 98362 |
| | Attn: Kasi O'Leary |
| **Loan Amount:** | $988,125.00 |

**A.    Loan Type.**  This is a fixed rate (5-Year FHLB Rate plus 3.50% credit spread, adjusted once on the fifth anniversary of the Loan, but in any event at least 5.95%) single advance Loan to the limited liability company borrower identified above (*"Borrower"*) for $988,125.00 due on December 14, 2031 (the *"Loan"*).

**B.    Primary Purpose of the Loan.**  Borrower hereby certifies that the primary purpose of the Loan is for business, and not for personal, family, or household purposes or personal investment.

**C.    Specific Purpose.**  The specific purpose of the Loan is for the purchase or refinance of one or more water filling stations.

**D.    Disbursement Instructions.**  Borrower understands that no Loan proceeds will be disbursed until all of Lender's conditions for making the Loan have been satisfied. Along with all other conditions in the documents governing the Loan, Borrower shall deposit the total "cash deposits" amount in Borrower's Demand Deposit - Checking account, number ▆▆▆▆7808 with Lender (the "***Borrower Account***"). At the closing of the Loan, Lender is authorized and directed to disburse proceeds of the Loan and the Borrower Account as follows:

| | |
|---|---:|
| **Amount paid to others on Borrower's behalf:** | |
| Payment to Creative Technologies, LLC for purchase of water station(s). | $1,317,500.00 |
| **Note principal:** | $988,125.00 |
| **Other Borrower funds contributed to Borrower Account for closing charges (itemized below):** | $342,440.23 |
| Non-loan funds contributed by Borrower (to be paid to the third-party above on Borrower's behalf): | $329,375.00 |
| Insurance Tracking Fee | $27.50 |
| Credit Report Fee | $76.16 |
| UCC Fee | $160.00 |
| Loan origination fee (1.25% of Loan amount): | $12,351.57 |
| Loan Documentation Fee | $450.00 |

      **E.    Automatic Payments.** Borrower hereby authorizes Lender to automatically deduct from the Borrower Account described above the amount of any loan payment. Borrower's initial recurring payments will be made according to the following schedule:

| Number of Payments | Amount of Payments | Date of Payments |
|---|---|---|
| 120 | $10,945.42 | Monthly beginning January 5, 2022 |

On the Adjustment Date (as defined in the Promissory Note executed in connection with the Loan), the interest rate will be adjusted to the higher of (i) the then-current 5-Year FHLB Rate plus 3.50% credit spread, or (ii) 5.95%. Upon such adjustment, the amount of Borrower's recurring payments will be adjusted accordingly.

If the funds in the Borrower Account are insufficient to cover any payment, Lender shall not be obligated to advance funds to cover the payment. At any time and for any reason, Borrower or Lender may voluntarily terminate the automatic payment set forth herein.

      **F.    Financial Condition.** By signing this authorization, Borrower represents and warrants to Lender that the information provided above is true and correct and that there has been no material adverse change in Borrower's financial condition as disclosed in Borrower's most recent financial statement to Lender.

EXECUTED as of the date set forth above.

**BORROWER:**

Indiana Water Technology LLC
an Indiana Limited Liability Company

By: _DocuSigned by: David A. Schroeder_
    1C36322A5FBA4AD...
Name: David A. Schroeder
Its: Member/Manager