UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FIRST FED BANK, a Washington state commercial bank, | NO. 3:24-CV-5730-TL |
| Plaintiff | **CORPORATE DISCLOSURE STATEMENT UNDER FED. R. CIV. P. 7.1** |
| v. | |
| INDIANA WATER TECHNOLOGY LLC, an Indiana Limited Liability Company, David A. Schroeder, an individual, and Sarah Schroeder, an individual, | |
| Defendants | |
| INDIANA WATER TECHNOLOGY LLC, an Indiana Limited Liability Company, David A. Schroeder, an individual, and Sarah Schroeder, an individual, | |
| Counterclaim Plaintiffs, | |
| v. | |
| FIRST FED BANK, | |
| Counterclaim Defendant, | |
| INDIANA WATER TECHNOLOGY LLC, an Indiana Limited Liability Company, David A. Schroeder, an individual, and Sarah Schroeder, an individual, | |

CORPORATE DISCLOSURE STATEMENT UNDER FED. R. CIV. P. 7.1– 1

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

|   |   |
|---|---|
| | Third Party Plaintiffs, |
| | v. |
| | FIRST NORTHWEST BANCORP, NORMAN TONINA, CRAIG CURTIS, JENNIFER ZACCARDO, CINDY FINNIE, DANA BEHAR, MATTHEW DEINES, SHERILYN ANDERSON, GABRIEL GALANDA, LYNN TERWOERDS, JOHN DOES 1-10, |
| | Third Party Defendants. |

Pursuant to Local Civil Rule 7.1 and Rule 7.1 of the Federal Rules of Civil Procedure, Defendant INDIANA WATER TECHNOLOGY LLC (a non-governmental Indiana corporation) hereby discloses the following:

1. INDIANA WATER TECHNOLOGY LLC has no parent corporation(s).

2. There is no publicly-held company that owns 10% or more of INDIANA WATER TECHNOLOGY LLC's stock.

3. INDIANA WATER TECHNOLOGY LLC is a single member LLC whose sole member is David A. Schroeder, a citizen of Indiana.

The undersigned party understands that it must promptly file a supplemental statement upon any change to the above information, pursuant to Local Civil Rule 7.1 and Federal Rule of Civil Procedure 7.1.

CORPORATE DISCLOSURE STATEMENT UNDER FED. R. CIV. P. 7.1– 2

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

| | |
|---|---|
| 1 | K&L GATES LLP |
| 2 | |
| | *s/John T. Bender* |
| 3 | John T. Bender, WSBA No. 49658 |
| | Michael W. Meredith, WSBA No. 45264 |
| 4 | 925 Fourth Avenue, Suite 2900 |
| | Seattle, Washington 98104-1158 |
| 5 | Telephone: 206-370-5871 |
| | Email: john.bender@klgates.com |
| 6 | Email: michael.meredith@klgates.com |
| 7 | |
| | *Counsel for Defendants, Counterclaim* |
| 8 | *Plaintiffs, and Third-Party Plaintiffs* |
| | *Indiana Water Technology LLC* |

CORPORATE DISCLOSURE STATEMENT UNDER FED. R. CIV. P. 7.1– 3

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

**CERTIFICATE OF SERVICE**

I, Angela O'Connor, declare as follows:

I certify under penalty of perjury under the laws of the state of Washington that on November 12, 2024, a true and correct copy of the foregoing document was sent for service on the following persons as indicated below via ECF and electronic mail:

Gregory R. Fox, WSBA No. 30559
Andrew G. Yates, WSBA No. 34239
Devon McCurdy, WSBA No. 52663
Dailey Koga, WSBA No. 58683
LANE POWELL PC
1420 Fifth Avenue, Suite 4200
P.O. Box 91302
Seattle, Washington 98111-9402
Ph. 206.223.7000
Fax: 206.223.7107
foxg@lanepowell.com
YatesA@LanePowell.com
mccurdyd@lanepowell.com
kogad@lanepowell.com

*Attorneys for Plaintiff*

DATED November 12, 2024 in Seattle, Washington.

/s/ *Angela O'ConnorSuzanne M. Petersen*
Angela O'Connor

CORPORATE DISCLOSURE STATEMENT UNDER FED. R. CIV. P. 7.1– 4

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022