FIRST FED BANK, a Washington state commercial bank,

      Plaintiff

      v.

INDIANA WATER TECHNOLOGY LLC, an Indiana Limited Liability Company, David A. Schroeder, an individual, and Sarah Schroeder, an individual,

      Defendants

_____

INDIANA WATER TECHNOLOGY LLC, an Indiana Limited Liability Company, David A. Schroeder, an individual, and Sarah Schroeder, an individual,

      Counterclaim Plaintiffs,

      v.

FIRST FED BANK,

      Counterclaim Defendant,

INDIANA WATER TECHNOLOGY LLC, an Indiana Limited Liability Company, David A. Schroeder, an individual, and Sarah Schroeder, an individual,

**NO. 3:24-CV-5730-TL**

**JURY DEMAND**

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

Third Party Plaintiffs,

v.

FIRST NORTHWEST BANCORP,
NORMAN TONINA, CRAIG CURTIS,
JENNIFER ZACCARDO, CINDY FINNIE,
DANA BEHAR, MATTHEW DEINES,
SHERILYN ANDERSON, GABRIEL
GALANDA, LYNN TERWOERDS, JOHN
DOES 1-10,

Third Party Defendants.

TO: Clerk of the Court; and

TO: All Parties and their Attorneys of Record

Pursuant to Fed. R. Civ. P. 38, and Fed. R. Civ. P. 81(c)(3), Defendants and Third-Party Plaintiffs hereby demand that all issues raised in the above-captioned action be tried before a 12-member jury.

DATED this November 13, 2024.

K&L GATES LLP

*s/John T. Bender*
John T. Bender, WSBA No. 49658
925 Fourth Avenue, Suite 2900
Seattle, Washington 98104-1158
Telephone: 206-370-5871
Email: john.bender@klgates.com

*Counsel for Defendant, Counterclaim Plaintiff, and Third-Party Plaintiff Indiana Water Technology LLC*

CORR CRONIN LLP

*s/ Jack M. Lovejoy*
Jack M. Lovejoy, WSBA No. 36962
Kristen F. Barnhart, WSBA No. 51135
1015 Second Avenue, Floor 10
Seattle, WA 98104-1001
Telephone: 206-625-8600

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

JURY DEMAND - 3:24-CV-5730-TL – 2

Email: kbarnhart@corrcronin.com
Email: jlovejoy@corrcronin.com

*Counsel for Defendants, Counterclaim
Plaintiffs, and Third-Party Plaintiffs
David A. Schroeder, and Sarah Schroeder*

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

## CERTIFICATE OF SERVICE

I, Suzanne M. Petersen, declare as follows:

I certify under penalty of perjury under the laws of the state of Washington that on November 13, 2024, a true and correct copy of the foregoing document was sent for service on the following persons as indicated below via ECF and electronic mail:

Gregory R. Fox, WSBA No. 30559
Andrew G. Yates, WSBA No. 34239
Devon McCurdy, WSBA No. 52663
Dailey Koga, WSBA No. 58683
LANE POWELL PC
1420 Fifth Avenue, Suite 4200
P.O. Box 91302
Seattle, Washington 98111-9402
Ph. 206.223.7000
Fax: 206.223.7107
foxg@lanepowell.com
YatesA@LanePowell.com
mccurdyd@lanepowell.com
kogad@lanepowell.com

*Attorneys for Plaintiff*

DATED November 13, 2024 in Seattle, Washington.

/s/ Suzanne M. Petersen
Suzanne M. Petersen
Legal Assistant

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022